UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO

          PLAINTIFF(S)

v.

DADE PLAZA NORTH, LLC,

          DEFENDANT(S).

CASE NUMBER
   1:20−cv−25111−DPG

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Dade Plaza North, LLC**

as of course, on the date February 16, 2021.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Alisha Beasley*
Deputy Clerk

cc:  Judge Darrin P. Gayles
     EMILIO PINERO

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)